LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOHN WILLIAMS,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>   Defendant. | No. EDCV 11-1076 DTB<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($1,700.00) subject to the terms of the stipulation.

   DATE:  April 3, 2012   _____
                                              HON. DAVID T. BRISTOW
                                              UNITED STATES MAGISTRATE JUDGE

-1-